UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>JAMES BENJAMIN,        )<br>)<br>Defendant.      )<br>) | Criminal No. 18-0121 (PLF) |

ORDER

This matter is before the Court on the defendant James Benjamin's motion [Dkt. No. 43] to file his sentencing memorandum and attached exhibit A under seal. The Court recognizes that Mr. Benjamin has already submitted a redacted version of the memorandum on the public record. See Dkt. No. 44. The Court has reviewed the defendant's redactions, and it concludes that the redactions are appropriate – and no greater than necessary – to preserve Mr. Benjamin's medical information and to protect identities of minor children as required by Rule 49.1 of the Federal Rules of Criminal Procedure. Accordingly, it is hereby

ORDERED that the defendant's motion to seal [Dkt. No. 43] is GRANTED; and it is

FURTHER ORDERED that the defendant's unredacted sentencing memorandum may be filed under seal.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 25, 2019